petency proceeding on the ground that the court had no jurisdiction inasmuch as Mary Edna Rowe, the subject of this proceeding, was domiciled in Connecticut, rather than in New York. We believe that the question of domicile should be determined on testimony rather than on affidavits alone. That will afford full opportunity to adduce all the facts pertinent to that issue. It appears that Mary Edna Rowe was duly declared incompetent in the State of Connecticut and a conservator of her property was there appointed. Therefore, if it should be found, after a hearing, that her domicile is in Connecticut, there will be no need of having her again declared incompetent in New York solely for the purpose of receiving payments from her husband's estate which is being administered here. Orders unanimously reversed and the motions granted to the extent of referring the matter to an Official Referee to hear and report on the question of domicile. Settle order on notice. Concur — Botein, J. P., Rabin, Cox and Frank, JJ.

■ In the Matter of RALPH J. BARRA, an Attorney.— Respondent disbarred. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of the Arbitration between JOHN J. KELLY, as President of Local 584 of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, A. F. of L., Respondent, and BABYLON MILK & CREAM Co., INC., Appellant. ED. GILLER et al., Appellants.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Rabin, JJ. [See ante, p. 808.]

■ ANNE V. DE SAIRIGNE v. FRANK J. GOULD.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See ante, p. 820.]

■ In the Matter of the PORT OF NEW YORK AUTHORITY, Appellant-Respondent, Relative to Acquiring Title To Real Property for the Third Tube and Additional Approaches and Connections of the Lincoln Tunnel, in the Borough of Manhattan. JOHN S. SWIFT COMPANY, INCORPORATED, et al., Respondents-Appellants; TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, Respondent.— Motion for reargument denied. Concur — Peck, P. J., Rabin, Cox and Frank, JJ. [See ante, p. 801.]

■ In the Matter of the PORT OF NEW YORK AUTHORITY, Appellant-Respondent, Relative to Acquiring Title To Real Property for the Third Tube and Additional Approaches and Connections of the Lincoln Tunnel, in the Borough of Manhattan. JOHN S. SWIFT COMPANY, INCORPORATED, et al., Respondents-Appellants; TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, Respondent.— Motion for reargument denied. Concur — Peck, P. J., Rabin, Cox and Frank, JJ. [See ante, p. 801.]

■ ROTHMAN & SCHNEIDER, INC., v. SAM BECKERMAN et al., Individually and as Copartners Doing Business under the Name of BECKERMAN & LERNER.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ. [See ante, p. 154.]

■ In the Matter of the Probate of the Will of AGNES B. MOMAND, Deceased. GUARANTY TRUST COMPANY OF NEW YORK et al., Appellants; NATIONAL BANK OF DETROIT et al., as Foreign Coguardians of WILHELMINA VAN ETTEN, an Incompetent, et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Botein, Cox and Frank, JJ. [See ante, p. 823.]

■ ELIZABETH PLOHN v. CHARLES PLOHN.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Concur — Peck, P. J., Breitel, Botein and Cox, JJ. [See ante, p. 824.]